**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sean Timothy Curran |
| Debtor 2 (Spouse, if filing) | Lisa Lavaun Curran |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 17-00298-RLM-13 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 17-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2021

**New total payment:** $ 783.86
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 170.02    New escrow payment: $ 179.76

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | Sean Timothy Curran | Case number (if known) | 17-00298-RLM-13 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date: 03/24/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland    OH   45140
City    State   ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SEAN T CURRAN
1303 N SHORTRIDGE RD
INDIANAPOLIS IN  46219

Analysis Date: March 17, 2021                                                                                                                               Final
Property Address: 1303N SHORTRIDGE ROAD  INDIANAPOLIS, IN 46219                                                     Loan

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2020 to Apr 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 604.10 | 604.10 |
| Escrow Payment: | 170.02 | 179.76 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $774.12 | $783.86 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2021 |
| Escrow Balance: | 1,350.21 |
| Anticipated Pmts to Escrow: | 340.04 |
| Anticipated Pmts from Escrow (-): | 81.04 |
| Anticipated Escrow Balance: | $1,609.21 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 633.40 | 1,085.97 |
| Mar 2020 | 170.02 | 126.68 | 43.35 | 43.03 | * | Forced Place Insur | 760.07 | 1,169.62 |
| Mar 2020 | | 12.28 | | | * | Escrow Only Payment | 760.07 | 1,181.90 |
| Apr 2020 | 170.02 | 260.60 | 43.35 | 42.92 | * | Forced Place Insur | 886.74 | 1,399.58 |
| Apr 2020 | | 11.09 | | | * | Escrow Only Payment | 886.74 | 1,410.67 |
| Apr 2020 | | 36.83 | | | * | Escrow Only Payment | 886.74 | 1,447.50 |
| Apr 2020 | | | | 835.41 | * | County Tax | 886.74 | 612.09 |
| May 2020 | 170.02 | | 760.04 | | * | County Tax | 296.72 | 612.09 |
| May 2020 | | 170.02 | 43.35 | 42.70 | * | Forced Place Insur | 253.37 | 739.41 |
| May 2020 | | 27.25 | | | * | Escrow Only Payment | 253.37 | 766.66 |
| Jun 2020 | 170.02 | 170.02 | 43.35 | 42.59 | * | Forced Place Insur | 380.04 | 894.09 |
| Jun 2020 | | 27.25 | | | * | Escrow Only Payment | 380.04 | 921.34 |
| Jul 2020 | 170.02 | 170.02 | 43.35 | 42.27 | * | Forced Place Insur | 506.71 | 1,049.09 |
| Jul 2020 | | 11.09 | | | * | Escrow Only Payment | 506.71 | 1,060.18 |
| Aug 2020 | 170.02 | 170.02 | 43.35 | 41.82 | * | Forced Place Insur | 633.38 | 1,188.38 |
| Aug 2020 | | 11.09 | | | * | Escrow Only Payment | 633.38 | 1,199.47 |
| Sep 2020 | 170.02 | 170.02 | 43.35 | 41.39 | * | Forced Place Insur | 760.05 | 1,328.10 |
| Sep 2020 | | 11.08 | | | * | Escrow Only Payment | 760.05 | 1,339.18 |
| Oct 2020 | 170.02 | 170.02 | 43.35 | 41.12 | * | Forced Place Insur | 886.72 | 1,468.08 |
| Oct 2020 | | 11.09 | | | * | Escrow Only Payment | 886.72 | 1,479.17 |
| Oct 2020 | | | | 835.41 | * | County Tax | 886.72 | 643.76 |
| Nov 2020 | 170.02 | | 760.04 | | * | County Tax | 296.70 | 643.76 |

Page 1

| Month | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nov 2020 | | 170.02 | 43.35 | 41.00 | * | Forced Place Insur | 253.35 | 772.78 |
| Nov 2020 | | 27.20 | | | * | Escrow Only Payment | 253.35 | 799.98 |
| Dec 2020 | 170.02 | 170.02 | 43.35 | 40.88 | * | Forced Place Insur | 380.02 | 929.12 |
| Dec 2020 | | 10.98 | | | * | Escrow Only Payment | 380.02 | 940.10 |
| Jan 2021 | 170.02 | 170.02 | 43.35 | 40.76 | * | Forced Place Insur | 506.69 | 1,069.36 |
| Jan 2021 | | 10.98 | | | * | Escrow Only Payment | 506.69 | 1,080.34 |
| Feb 2021 | 170.02 | 170.02 | 43.35 | 40.64 | * | Forced Place Insur | 633.36 | 1,209.72 |
| Feb 2021 | | 10.99 | | | * | Escrow Only Payment | 633.36 | 1,220.71 |
| Mar 2021 | | 170.02 | | | * | | 633.36 | 1,390.73 |
| Mar 2021 | | | | 40.52 | * | Forced Place Insur | 633.36 | 1,350.21 |
| | | | | | | Anticipated Transactions | 633.36 | 1,350.21 |
| Mar 2021 | | 170.02 | | 40.52 | | Forced Place Insur | | 1,479.71 |
| Apr 2021 | | 170.02 | | 40.52 | | Forced Place Insur | | 1,609.21 |
| | $2,040.24 | $2,816.74 | $2,040.28 | $2,293.50 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,040.28. Under Federal law, your lowest monthly balance should not have exceeded 340.05 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 253.35. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Page 2

Analysis Date: March 17, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: SEAN T CURRAN　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,609.21 | 974.64 |
| May 2021 | 179.76 | 835.41 | County Tax | 953.56 | 318.99 |
| May 2021 | | 40.52 | Forced Place Insur | 913.04 | 278.47 |
| Jun 2021 | 179.76 | 40.52 | Forced Place Insur | 1,052.28 | 417.71 |
| Jul 2021 | 179.76 | 40.52 | Forced Place Insur | 1,191.52 | 556.95 |
| Aug 2021 | 179.76 | 40.52 | Forced Place Insur | 1,330.76 | 696.19 |
| Sep 2021 | 179.76 | 40.52 | Forced Place Insur | 1,470.00 | 835.43 |
| Oct 2021 | 179.76 | 40.52 | Forced Place Insur | 1,609.24 | 974.67 |
| Nov 2021 | 179.76 | 835.41 | County Tax | 953.59 | 319.02 |
| Nov 2021 | | 40.52 | Forced Place Insur | 913.07 | 278.50 |
| Dec 2021 | 179.76 | 40.52 | Forced Place Insur | 1,052.31 | 417.74 |
| Jan 2022 | 179.76 | 40.52 | Forced Place Insur | 1,191.55 | 556.98 |
| Feb 2022 | 179.76 | 40.52 | Forced Place Insur | 1,330.79 | 696.22 |
| Mar 2022 | 179.76 | 40.52 | Forced Place Insur | 1,470.03 | 835.46 |
| Apr 2022 | 179.76 | 40.52 | Forced Place Insur | 1,609.27 | 974.70 |
| | $2,157.12 | $2,157.06 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 278.47. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 359.51 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,609.21. Your starting balance (escrow balance required) according to this analysis should be $974.64. This means you have a surplus of 634.57. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 2,157.06. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

Analysis Date: March 17, 2021
Borrower: SEAN T CURRAN

Final
Loan

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 179.76 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $179.76 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-00298-RLM-13 |
| Sean Timothy Curran<br>Lisa Lavaun Curran | Chapter 13 |
| Debtors | Judge Robyn L. Moberly |

### CERTIFICATE OF SERVICE

I certify that on March 24, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Mark S. Zuckerberg, Debtors' Counsel
    filings@mszlaw.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on March 24, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Sean Timothy Curran, Debtor
    1303 N Shortridge
    Indianapolis, IN 46219

Lisa Lavaun Curran, Debtor
1303 N Shortridge
Indianapolis, IN 46219

                                                    Respectfully Submitted,

                                                    /s/ Molly Slutsky Simons
                                                    Molly Slutsky Simons (OH 0083702)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor