Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Sean Timothy Curran |
| Debtor 2 (Spouse, if filing) | Lisa Lavaun Curran |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 17-00298-RLM-13 |

Form 4100R
# Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 1 9

**Property address:** 1303 N. Shortridge Rd
Number    Street

Indianapolis      IN      46219
City              State   ZIP Code

**Court claim no.** (if known): 17-1

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   02 / 01 / 2022
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                      (a)  $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

   c. **Total.** Add lines a and b.                                 (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / _____
                          MM / DD / YYYY

Form 4100R         **Response to Notice of Final Cure Payment**         page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Sean Timothy Curran | Case number (*if known*) | 17-00298-RLM-13 |
| | First Name　Middle Name　Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| ✘ | /s/ Molly Slutsky Simons | Date | 01/25/2022 |
| | Signature | | |

| | | | |
|---|---|---|---|
| Print | Molly Slutsky Simons | Title | Attorney for Creditor |
| | First Name　Middle Name　Last Name | | |

| | |
|---|---|
| Company | Sottile and Barile, Attorneys at Law |

If different from the notice address listed on the proof of claim to which this response applies:

| | |
|---|---|
| Address | 394 Wards Corner Road, Suite 180 |
| | Number　Street |
| | Loveland　　　　　　　　　OH　　45140 |
| | City　　　　　　　　　　　　State　ZIP Code |

| | | | |
|---|---|---|---|
| Contact phone | (513) 444-4100 | Email | bankruptcy@sottileandbarile.com |

Form 4100R　　　　　　　　　　　　Response to Notice of Final Cure Payment　　　　　　　　　　　　page **2**



**SN SERVICING CORPORATION**
323 5th Street
Eureka, CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

January 12, 2022

SEAN CURRAN
1303 N SHORTRIDGE RD
INDIANAPOLIS, IN 46219

Your Reference:

Re:   ▇▇▇▇▇▇▇▇
SEAN T CURRAN
1303N SHORTRIDGE ROAD
INDIANAPOLIS, IN 46219

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 02/11/2022 |
| Principal Balance | $44,295.25 |
| Interest to 02/11/2022 | $ 590.05 |
| Other (See Attached Detail) | $ 805.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | ($ 377.12) |
| Total Payoff | $45,313.18 |
| Per diem | $ 14.60 |

The next payment due is 02/01/2022. The current interest rate is 12.03 % and the P&I payment is $ 604.10.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**   Bungalow Series III Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | Bungalow Series III Trust |
| Bungalow Series III Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | ACCT # ▇▇▇▇▇▇ |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | ABA # ▇▇▇▇▇▇ |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re:                                                          Case No. 17-00298-RLM-13

Sean Timothy Curran
Lisa Lavaun Curran                                              Chapter 13

Debtors.                                                        Judge Robyn L. Moberly

## ADDENDUM TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT

| | |
|---|---|
| Date last payment received on the mortgage: | 1/1/2022 |
| Date next post-petition payment due: | 2/1/2022 |
| Amount of the next post-petition payment: | $ 783.86 |
| Unpaid principal of the loan (including Forbearance principal): | $ 45,100.25 |
| Additional amounts due for any deferred or accrued interest: | $ 590.05 |
| Balance of the escrow account: | $ 1,001.75 |
| Balance of unapplied funds or funds held in suspense account: | $ 377.12 |

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on January 25, 2022, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Mark S. Zuckerberg, Debtors' Counsel
    filinfs@mszlaw.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on January 25, 2022, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Sean Timothy Curran, Debtor
    Lisa Lavaun Curran, Debtor
    1303 N. Shortridge
    Indianapolis, IN 46219

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor